IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JANET M. WHITWORTH, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 05-265-N-LMB |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

In accordance with the Memorandum Decision and Order entered August 17, 2006, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **August 17, 2006**.

Larry M. Boyle
United States District Court

**JUDGMENT -1-**